```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :   NOTICE OF APPEARANCE
        - v. -
                                    :   07 Cr. 1130 (NRB)
GABRIEL NEGRON, and
JONATHAN MENDEZ,                    :

            Defendants.             :

- - - - - - - - - - - - - - - - - -x
```

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
CHI T. STEVE KWOK ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that the undersigned Assistant United States Attorney now will be representing the Government in the above-referenced matter, in the place of Assistant United States Joseph Facciponti, who up until now has handled the case.

Dated:   New York, New York
         December 28, 2007

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                      By:   /s/ Chi T. Steve Kwok
                            Chi T. Steve Kwok
                            Assistant United States Attorney
                            T: (212) 637-2415
                            F: (212) 637-2527

CERTIFICATE OF SERVICE

    Chi T. Steve Kwok deposes and says:

    That he is employed in the Office of the United States Attorney for the Southern District of New York; and

    That on December 28, 2007, he caused to be served a copy of the foregoing Notice of Appearance of Assistant United States Attorney Chi T. Steve Kwok on Behalf of the United States by U.S. Mail on:

    Sabrina P. Shroff
    Counsel to Gabriel Negron
    Federal Defenders of New York Inc.
    52 Duane Street
    10th Floor
    New York, NY 10007

    William Joseph Stampur
    Counsel to Jonathan Mendez
    Hurwitz Stampur & Roth
    299 Broadway, Suite 800
    New York, NY 10007

    I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

                              /s/ Chi T. Steve Kwok
                              Chi T. Steve Kwok


Executed on:   December 28, 2007
              New York, New York