# HURWITZ STAMPUR & ROTH
## ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

January 17, 2008

<u>**VIA FACSIMILE: (212) 805-7927**</u>
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Jonathan Mendez</u>
      07 CR 1130 (NRB)

Honorable Judge Buchwald,

It is my understanding that Mr. Mendez' case previously scheduled for today January 17, 2008 has been adjourned until February 19, 2008 at 4:30.

I have no objection in the Court excluding under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) the time between today and February 19.

Very truly yours,

William J. Stampur, Esq.

cc.   AUSA Chi T. Steve Kwok

WS:jpy

MH/MENDEZ, J/LTR