MEMO ENDORSED

# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH



APR - 3 2008

ED STATES DISTRICT JUDGE

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

April 2, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/08

**VIA FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Gabriel Negron & Jonathan Mendez**
     **07 CR 1130 (NRB)**

Dear Judge Buchwald:

I represent Jonathan Mendez and write to request an adjournment of the status conference in the above-captioned matter now scheduled for April 7, 2008 until May 8, 9, or 12, 2008. The additional time is necessary for the parties to continue their discussions about a possible disposition of this case.

I have spoken with Sabrina Shroff, counsel for Gabriel Negron, and AUSA Steve Kwok and both consent to the request for the adjournment and Ms. Shroff and I consent to the exclusion of time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

William J. Stampur, Esq.

cc.  AUSA Steve Kwok
     Sabrina Shroff

WS:jpy

*[Handwritten annotation:] The conference is adjourned until May 8, 2008 at 4:30. So Ordered. [signature] 4/3/08*